# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| TAROME BOYD,<br>    Plaintiff, | Case No. 1:19-cv-1073<br>Cole, J.<br>Litkovitz, M.J. |
| vs. | |
| CORRECTIONS OFFICER HOWARD,<br>    Defendant. | **ORDER** |

This matter is before the Court on plaintiff's motion for sanctions and to enforce settlement (Doc. 47) and defendant's response (Doc. 48).  Plaintiff subsequently moved to withdraw the motion as moot.  (Doc. 49).  The latter motion (Doc. 49) is **GRANTED**, and plaintiff's motion for sanctions (Doc. 47) is hereby **WITHDRAWN**.

**IT IS SO ORDERED.**

Date: 1/17/2022

Karen L. Litkovitz
United States Magistrate Judge